1  J. Kelby Van Patten, Bar No. 167553
   kvp@paynefears.com
2  Nathan A. Cazier, Bar No. 241744
   nac@paynefears.com
3  Jeffrey M. Hayes, Bar No. 246511
   jmh@paynefears.com
4  PAYNE & FEARS LLP
   Attorneys at Law
5  Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
6  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212

Attorneys for CENTEX HOMES and CENTEX REAL ESTATE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, <br><br>Plaintiffs, <br><br>v. <br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1-10, inclusive, <br><br>Defendants. | Case No. 1:14-cv-00793-LJO-BAM <br><br>**The Hon. Lawrence J. O'Neill** <br><br>**SECOND STIPULATION TO EXTEND TIME FOR FILING FIRST AMENDED COMPLAINT AND FOR CENTEX TO RESPOND; ORDER** <br><br>Trial Date: Not set |

**WHEREAS**, Plaintiffs filed their Complaint on May 22, 2014 (Docket No. 1), and served Defendants on August 21, 2014;

**WHEREAS,** Plaintiffs and Defendants, through their respective counsel of record, met-and-conferred to discuss the Motion to Dismiss Defendants intended to file against the Complaint and, in an effort to conserve judicial resources, the parties agreed that Plaintiffs will file an Amended Complaint;

**WHEREAS,** on September 9, 2014 the parties stipulated that Defendants' deadline to respond to Plaintiffs Complaint would be continued until September 24, 2014. This stipulation was entered in order to provide Plaintiff enough time to prepare and file their First Amended Complaint.

**WHEREAS**, the parties met-and-conferred again on September 19, 2014, and determined that Plaintiffs need additional time to file their First Amended Complaint.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants that Defendants' current deadline to respond to the Complaint is vacated.

**IT IS FURTHER STIPULATED** that Plaintiffs will file their First Amended Complaint on or before October 24, 2014, and Defendants' responsive pleadings thereto will be filed twenty-one (21) days after the First Amended Complaint is filed.

DATED: September 23, 2014         PAYNE & FEARS LLP

By: _____*/s/ Nathan A. Cazier*_____
         NATHAN A. CAZIER

Attorneys for DEFENDANTS CENTEX HOMES
and CENTEX REAL ESTATE CORPORATION

DATED: September 23, 2014         THE AGUILERA LAW GROUP APLC

By: _____*/s/ Nicholas Carrigan*_____
         NICHOLAS CARRIGAN

Attorneys for PLAINTIFFS TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, FIDELITY AND GUARANTY INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, AND ST. PAUL MERCURY INSURANCE COMPANY

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 23, 2014         /s/ Lawrence J. O'Neill
                                    Hon. Lawrence J. O'Neill
                                    Judge, United States District Court

4832-9061-3022.1

STIPULATION TO EXTEND BRIEFING SCHEDULE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100