UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, et al., <br><br> Defendants. | 1:14-cv-793-LJO-BAM <br><br> **ORDER RE REQUEST FOR DISMISSAL (Doc. 29)** |

On February 20, 2015, Plaintiffs filed a request for this Court to dismiss without prejudice the following claims asserted in their complaint against Defendants: (1) Plaintiffs' "first, second, third, fourth and fifth counts for declaratory relief regarding whether [Defendants] breached the cooperation clause in the insurance policies"; (2) Plaintiffs' "first, second, third, fourth, and fifth counts for breach of contract"; and (3) Plaintiffs' "cause of action for equitable reimbursement." Doc. 29 at 2.

Pursuant to Plaintiffs' request and Fed. R. Civ. P. 41(a)(1)(A)(i), the Court ORDERS that Plaintiffs' following claims asserted in the FAC are DISMISSED <u>without prejudice</u>: (1) Plaintiffs' "first, second, third, fourth and fifth counts for declaratory relief regarding whether [Defendants] breached the cooperation clause in the insurance policies"; (2) Plaintiffs' "first, second, third, fourth, and fifth counts for breach of contract"; and (3) Plaintiffs' "cause of action for equitable reimbursement."

The following claims originally asserted in the complaint remain outstanding: Plaintiffs' first,

1

second, third, fourth, and fifth counts for declaratory relief regarding Defendants' claimed entitlement to independent counsel.

**SO ORDERED**
**Dated: February 24, 2015**

                                      **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**