# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS INDEMNITY CO. OF CONNECTICUT, et al.,**<br><br>                    **Plaintiffs,**<br><br>          v.<br><br>**CENTEX HOMES, et al.,**<br><br>                    **Defendants.** | 1:14-cv-793-LJO-EPG<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 46)** |

On February 8, 2016, the parties filed a stipulation to dismiss without prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 46 at 1. Based on the parties' stipulation, this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the Clerk of Court to close this action.

IT IS SO ORDERED.

   Dated:   **February 10, 2016**             /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1